UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

TRACY PLATERO, *et al.*,

                                  Plaintiffs,

                  -v-

GRAND HYATT, *et al.*,

                                  Defendants.

22 Civ. 8680 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

On October 12, 2022, plaintiffs filed the Complaint in the above-captioned case. Dkt. 1. On November 22, 2022, the Court stayed the case, at the parties' joint request, during the pendency of an arbitration proceeding. Dkt. 12. On May 5, 2023, defendants filed a motion to vacate the arbitration award. Dkt. 15.

Plaintiffs' response to the motion to vacate is due May 29, 2023. Defendants' reply, if any, is due June 5, 2023.

SO ORDERED.

                                                          *Paul A. Engelmayer*
                                                       PAUL A. ENGELMAYER
                                                       United States District Judge

Dated: May 8, 2023
       New York, New York