UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

TRACY PLATERO, *et al.*,

                         Plaintiffs,

-v-

GRANT HYATT,

                         Defendant.

22 Civ. 8680 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

On November 22, 2022, the Court stayed the above-captioned case pending the resolution of the arbitration proceedings. Dkt. 12. As represented by the parties, *see, e.g.*, Dkts. 15, 25, those proceedings are complete. Plaintiff has since moved to vacate the arbitration award, Dkt. 15, and Grand Hyatt, to confirm the same, Dkt. 25. The Court will resolve those motions in due course.

Accordingly, the Court directs the Clerk of Court to lift the stay.

SO ORDERED.

                                                    *Paul A. Engelmayer*
                                                    PAUL A. ENGELMAYER
                                                    United States District Judge

Dated: August 1, 2023
       New York, New York