**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
TRACY PLATERO, ET AL.,

                              Plaintiffs,                      22 **CIVIL** 8680 (PAE)

            -against-                                      **JUDGMENT**

GRAND HYATT,

                              Defendant.
-----------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated February 2, 2024, the Banquet Servers' motion to vacate the arbitral Award is denied and the Hotel's cross-motion to confirm the Award is granted; accordingly, the case is closed.

**Dated**: New York, New York
          February 2, 2024

                                                                           **RUBY J. KRAJICK**
                                                                             Clerk of Court

                                    BY:

                                                                             Deputy Clerk